# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICHARD KRAUS, JR., on behalf of himself and all others similarly situated,**

        **Plaintiff,**

   -vs-

        Case No. 05-C-768

**E. I. DUPONT DE NEMOURS & COMPANY; PIONEER HI-BRED INTERNATIONAL; and MONSANTO COMPANY,**

        **Defendants.**

## ORDER

Upon consideration and for good cause shown, the Court finds that it is in the interest of justice to transfer this action to the United States District Court for the Eastern District of Missouri, Eastern Division (St. Louis). The parties' Agreed-Upon Motion to Transfer is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 29th day July, 2005.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**